IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

KELLI DIANN AUSTIN

Case No: 1:26-cr-00077-MMG

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that upon the accompanying Affirmation, counsel respectfully moves this Court for an Order:

1. Granting leave to withdraw as counsel of record for Defendant on the grounds that: (a) counsel was retained solely for the purpose of pursuing a settlement or negotiated resolution, and no such settlement has been reached; (b) counsel currently resides overseas and is unable to appear at or conduct trial on behalf of Defendant; (c) a potential conflict of interest exists in that counsel may be called as a witness in this matter; and (d) Defendant no longer has the financial means to retain counsel through trial; and
2. Appointing counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A; and
3. Granting such other relief as the Court deems just and proper.

Counsel hereby expressly states that no retaining lien and no charging lien is being asserted against the Defendant or against any property or recovery in connection with this matter.

Dated this the 5th day of March, 2026.

**Respectfully submitted,**
MORRIS LEGAL CORP.

Patrick Ryan Morris
Patrick Ryan Morris, Esq.
305 Broadway
New York, New York 10007
Telephone: (917) 621-1110
New York Bar Number 5575501

Attorney for Defendant Kelli Diann Austin