UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                              Plaintiff(s),

             -against-

Kelli Diann Austin

                              Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/9/2026___

26-CR-00077 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The Arraignment and Initial Pretrial Conference in this matter is scheduled for March 13, 2026, at 1:00 p.m. The conference will be conducted over Microsoft Teams. The audio-only public dial-in is +1 646-453-4442,,523436704#.  Counsel will receive a direct link to join by video.

Dated:  March 9, 2026
        New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge