UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

KELLI DIANN AUSTIN,

Defendant.

**ORDER**

26 Cr. 77 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference in this case on **September 25, 2026, at 2:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The conference is to be attended by Defendant Austin and Defendant's counsel. The Government need not attend, as the purpose of the conference is to discuss the Defendant's legal representation.

Dated: New York, New York
September 21, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge