UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

KELLI DIANN AUSTIN,

Defendant.

**ORDER**

26 Cr. 77 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

At defense counsel's request, the conference currently scheduled for September 25, 2026, is adjourned to **October 1, 2026, at 9:30 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The conference is to be attended by Defendant Austin and Defendant's counsel. The Government need not attend, as the purpose of the conference is to discuss the Defendant's legal representation.

Dated: New York, New York
September 22, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge