UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>KELLI DIANN AUSTIN,<br><br>Defendant. | **ORDER**<br><br>26 Cr. 77 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference in this case on **October 14, 2026, at 2:00 p.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

As discussed at today's conference, Richard Palma's motion to withdraw as counsel is granted. Joshua Dratel is appointed to represent Defendant, pursuant to the Criminal Justice Act.

Dated: New York, New York
October 1, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge