The Law Offices of Yusuf El Ashmawy, Esq. P.C.
305 Broadway, 7th Floor
New York, New York 10007

October 27, 2026

**Via ECF:**
Hon. Paul Gardephe, U.S.D.J.
United States Courthouse
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: U.S. v. Kelli Diann Austin
Case No. 26 Cr. 77 (PGG)

Dear Judge Gardephe:

I represent Kelli Diann Austin pursuant to the Criminal Justice Act. This matter is next scheduled for November 17, 2026, at 12:30 pm for a status conference.

This letter is filed to request permission for Ms. Austin to travel with her husband for continued medical treatment at the Mayo Clinic in Rochester, Minnesota. The appointments are scheduled for November 5 and 6, and as Ms. Austin will be driving from Texas, she'd need to leave by November 3. It is expected that she will need to remain in Minnesota until November 11, 2026, to await results from testing and for her husband to undergo any further procedures or appointments that may be necessary. She will be staying in the Candlewood Suites Hotel in Rochester.

It is further requested that Ms. Austin be permitted to travel directly from Minnesota to New York City on, or about, November 11, to meet with me prior to the November 17, 2026, court conference. With the distance driving, this trip is also expected to be at least three days with breaks.

Pretrial Services consents to the application; the Government defers to Pretrial Services.

Respectfully submitted,

*Isl Yusuf El Ashmawy*
Attorney for Kelli Diann Austin

CC: All Counsel of Record via ECF.

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: October 27, 2026