UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

KELLI DIANN AUSTIN,

Defendant.

**ORDER**

26 Cr. 77 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference in this case on **January 19, 2027, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

This case will proceed to trial on **March 15, 2027, at 9:30 a.m.** The following schedule will apply to pre-trial submissions:

1. Motions in limine, proposed voir dire, and requests to charge are due by **February 16, 2027**.
2. Responsive papers are due by **February 23, 2027**.

Dated: New York, New York
November 17, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge